UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFESCAN, INC.<br>DIABETES DIAGNOSTICS, INC., and<br>INVERNESS MEDICAL LTD.<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DANIEL F. O'CONNELL and<br>AGAMATRIX, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>　　Civil Action No. 04 10985 MEL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LR, D. Mass 7.3, AgaMatrix, Inc. ("Agamatrix") submits this corporate disclosure statement. Agamatrix is a privately held company and has no parent corporation.

Respectfully submitted,

AGAMATRIX, INC.

By their attorneys,

David S. Rosenthal (BBO# 429260)
Ellen M. Majdloch (BBO# 637218)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Date: May 17, 2004