UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFESCAN, INC.<br>DIABETES DIAGNOSTICS, INC., and<br>INVERNESS MEDICAL LTD.<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL F. O'CONNELL and<br>AGAMATRIX, INC.,<br><br>    Defendants. | USDC No. 04-10985MEL |

### DEFENDANTS' ASSENTED TO MOTION TO REMAND TO SUPERIOR COURT

Defendants Daniel F. O'Connell and AgaMatrix, Inc. hereby move on an expedited basis to remand this action to Middlesex Superior Court. As grounds for this Motion, Defendants state:

1.  On or about May 14, 2004, Plaintiffs Lifescan, Inc., Diabetes Diagnostics, Inc. and Inverness Medical LTD, filed <u>Lifescan, Inc, Diabetes Diagnostics, Inc. and Inverness Medical LTD v. Daniel F. O'Connell and AgaMatrix, Inc.</u>, Civil Action No: MICV2004-02043, in the Middlesex County Superior Court ("Superior Court Case").

2.  On May 17, 2004, Defendants filed a Notice of Removal in this Court which was certified by the Clerk's Office on May 18, 2004. On May 18, 2004, a Notice of Filing Notice of Removal was filed in the Superior Court Case.

3.  Thereafter, Plaintiffs disputed the jurisdiction of this Court and informed Defendants that they would seek to remand if Defendants would not agree to remand voluntarily.

BOS1383219.1

4.  Although Defendants believe Federal Court jurisdiction in this action is proper, and Plaintiffs disagree, Defendants have voluntarily agreed to remand this action to Superior Court in order to avoid the delay associated with motion practice concerning the question of jurisdiction.

5.  Defendants have informed Plaintiffs that they would agree to voluntarily remand this action for the reasons set forth above, and Plaintiffs have assented to this Motion.

For all the foregoing reasons, Defendants, with the assent of Plaintiffs, hereby request that this Court order this action remanded to Superior Court on an expedited basis.

> Respectfully submitted,
>
> DANIEL F. O'CONNELL
> AGAMATRIX, INC.
>
> By their attorneys,
>
> _____
> David S. Rosenthal (BBO# 429260)
> Ellen M. Majdloch (BBO# 637218)
> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA 02110-2131
> (617) 345-1000

Assented:

_____
Michael Cetrone
Attorney for Plaintiffs

Dated: May 20, 2004



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Direct Fax: (866) 947-1744
Joanne M. Sylvester
Direct Dial: (617) 345-1347
E-Mail: joannesylvester@nixonpeabody.com

May 20, 2004

**VIA HAND DELIVERY**

Clerk, United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    RE:    LifeScan, Inc., Diabetes Diagnostics, Inc. and Inverness Medical Ltd., v.
               Daniel F. O'Connell and AgaMatrix, Inc.
               U.S.D.C. Civil Action No. 04-10985 MEL

Dear Sir or Madam:

Enclosed for approval by the Court, please find Defendants' Assented to Motion to Remand to Superior Court the above-referenced case.

Please telephone me at (617) 345-1347 as soon as the motion is allowed so that I can send a messenger to retrieve the allowed motion. I have also enclosed an extra copy of this letter for date-stamping and return with the messenger.

Thank you for your attention to this matter.

                                            Very truly yours,

                                            Joanne M. Sylvester
                                            Paralegal

Enclosure

cc:    David S. Rosenthal, Esq.
       Michael T. Cetrone, Esq.

BOS1383229.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · MANCHESTER, NH · McLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PHILADELPHIA, PA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC